

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN RE: DISH NETWORK L.L.C. AND ECHOSPHERE L.L.C., | § | No. 08-17-00161-CV |
|  | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
|  | § |  |
|  | § |  |

# **O R D E R**

The Court has this day considered the Relators' motion for emergency stay of all pre-arbitration discovery in cause number 2016DCV2745, styled *Yvette Delgado v. DISH Network L.L.C. and Echosphere L.L.C.,* pending in the 243rd District Court of El Paso County, Texas, and concludes the motion should be GRANTED. It is, therefore, ORDERED that all pre-arbitration discovery and the trial court's July 13, 2017 order denying Relators' motion to quash the deposition of Katherine Leyba are stayed pending disposition of this original proceeding or further order of this Court.

IT IS SO ORDERED this 26th day of July, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.